JOHN A. BRADFORD v. THE STATE.

No. 5548.    Decided November 12, 1919.

**Illegal Manufacture of Intoxicants—Companion Case—Practice on Appeal.**

Where, upon appeal from a conviction of the illegal manufacture of intoxicants, the questions raised therein were adversely decided to appellant in a companion case, the judgment must be affirmed.

Appeal from the District Court of Smith. Tried below before the Hon. J. R. Warren, judge.

Appeal from a conviction of the illegal manufacture of intoxicating liquors; penalty, one year imprisonment in the penitentiary. The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction occurred for the illegal manufacture of intoxicants, and is a companion case to Grandberry v. State, No. 5551, and other cases of a like nature from the same county and from the same court, all charging a violation of the same statute. On the authority of the majority opinions in Ex parte Davis, 86 Texas Crim. Rep., 168 and Ex parte Fulton, 86 Texas Crim. Rep., 149 recently decided, and other opinions of this court in regard to the same matter, this judgment will be affirmed.

*Affirmed.*